# Payroll Detail

**Trust Point Payroll**
www.trustpointpayroll.com
(610)624-3000

Pay Frequency: Weekly
Check Dates: 01/06/2019 to 04/05/2019

**Employee: Granby, Angel L (00000041)**   Dept: 00000001 - Caregiver   Loc: 00000002 - W-2   Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay / Check Number | Liability | Employer Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Pay Date: 01/11/2019   (System)**

| Regular Hours | $10.00 | | 15.00 | 150.00 | FICA | 9.30 | | | | 128.00 | FICA | 9.30 |
| | | | 15.00 | $150.00 | Medicare | 2.18 | | | | E00287 | Medicare | 2.18 |
| | | | | | PA State | 4.61 | | | | | FUTA | 0.90 |
| | | | | | PA SUTA | 0.09 | | | | | PA SUTA | 5.96 |
| | | | | | Phila Res | 5.82 | | | | | | $18.34 |
| | | | | | | $22.00 | | | | | | |

**Pay Date: 01/18/2019   (System)**

| Regular Hours | $10.00 | | 15.27 | 154.50 | FICA | 9.58 | | | | 131.85 | FICA | 9.58 |
| | | | 15.27 | $154.50 | Medicare | 2.24 | | | | E00368 | Medicare | 2.24 |
| | | | | | PA State | 4.74 | | | | | FUTA | 0.92 |
| | | | | | PA SUTA | 0.09 | | | | | PA SUTA | 6.14 |
| | | | | | Phila Res | 6.00 | | | | | | $18.88 |
| | | | | | | $22.65 | | | | | | |

**Pay Date: 02/01/2019   (System)**

| Regular Hours | $10.00 | | 15.00 | 150.00 | FICA | 9.30 | | | | 128.00 | FICA | 9.30 |
| | | | 15.00 | $150.00 | Medicare | 2.18 | | | | E00535 | Medicare | 2.18 |
| | | | | | PA State | 4.61 | | | | | FUTA | 0.90 |
| | | | | | PA SUTA | 0.09 | | | | | PA SUTA | 5.96 |
| | | | | | Phila Res | 5.82 | | | | | | $18.34 |
| | | | | | | $22.00 | | | | | | |

**Pay Date: 02/08/2019   (System)**

| Regular Hours | $10.00 | | 24.46 | 247.67 | FICA | 15.36 | | | | 211.36 | FICA | 15.36 |
| | | | 24.46 | $247.67 | Medicare | 3.59 | | | | E00625 | Medicare | 3.59 |
| | | | | | PA State | 7.60 | | | | | FUTA | 1.49 |
| | | | | | PA SUTA | 0.15 | | | | | PA SUTA | 9.84 |
| | | | | | Phila Res | 9.61 | | | | | | $30.28 |
| | | | | | | $36.31 | | | | | | |

**Pay Date: 02/15/2019   (System)**

| Regular Hours | $10.00 | | 13.18 | 133.00 | FICA | 8.25 | | | | 113.50 | FICA | 8.25 |
| | | | 13.18 | $133.00 | Medicare | 1.93 | | | | E00714 | Medicare | 1.93 |
| | | | | | PA State | 4.08 | | | | | FUTA | 0.80 |
| | | | | | PA SUTA | 0.08 | | | | | PA SUTA | 5.28 |
| | | | | | Phila Res | 5.16 | | | | | | $16.26 |
| | | | | | | $19.50 | | | | | | |

**Pay Date: 02/22/2019   (System)**

| Regular Hours | $10.00 | | 14.51 | 148.50 | Federal | 12.91 | | | | 113.82 | FICA | 9.21 |
| | | | 14.51 | $148.50 | FICA | 9.21 | | | | E00806 | Medicare | 2.15 |
| | | | | | Medicare | 2.15 | | | | | FUTA | 0.89 |
| | | | | | PA State | 4.56 | | | | | PA SUTA | 5.90 |
| | | | | | PA SUTA | 0.09 | | | | | | $18.15 |
| | | | | | Phila Res | 5.76 | | | | | | |
| | | | | | | $34.68 | | | | | | |

**Pay Date: 03/01/2019   (System)**

| Regular Hours | $10.00 | | 16.16 | 162.67 | FICA | 10.09 | | | | 138.82 | FICA | 10.09 |
| | | | 16.16 | $162.67 | Medicare | 2.36 | | | | E00889 | Medicare | 2.36 |
| | | | | | PA State | 4.99 | | | | | FUTA | 0.97 |
| | | | | | PA SUTA | 0.10 | | | | | PA SUTA | 6.45 |
| | | | | | Phila Res | 6.31 | | | | | | $19.88 |
| | | | | | | $23.85 | | | | | | |

**Pay Date: 03/08/2019   (System)**



**Trust Point Payroll**
www.trustpointpayroll.com
(610)624-3000

# Payroll Detail

Pay Frequency: Weekly
Check Dates: 01/06/2019 to 04/05/2019

| Hours and Wages | | | | | Taxes | | Deductions | | Net Pay | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Check Number | Liability | Amount |

**Employee: Granby, Angel L (000000041)**    Dept: 000000001 - Caregiver    Loc: 000000002 - W-2    Div: 000000001 - Main

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 2.00 | 20.00 | FICA | 1.24 | | | | 17.07 | FICA | 1.24 |
| | | | | | Medicare | 0.29 | | | | | Medicare | 0.29 |
| | | | | | PA State | 0.61 | | | | E00983 | FUTA | 0.12 |
| | | | | | PA SUTA | 0.01 | | | | | PA SUTA | 0.79 |
| | | | | | Phila Res | 0.78 | | | | | | |
| | | | 2.00 | $20.00 | | $2.93 | | | | | | $2.44 |

**Pay Date: 03/15/2019    (System)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 14.50 | 148.33 | FICA | 9.20 | | | | 126.58 | FICA | 9.20 |
| | | | | | Medicare | 2.15 | | | | | Medicare | 2.15 |
| | | | | | PA State | 4.55 | | | | E01070 | FUTA | 0.89 |
| | | | | | PA SUTA | 0.09 | | | | | PA SUTA | 5.89 |
| | | | | | Phila Res | 5.76 | | | | | | |
| | | | 14.50 | $148.33 | | $21.75 | | | | | | $18.13 |

**Pay Date: 03/22/2019    (System)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 7.13 | 72.17 | FICA | 15.63 | | | | 215.20 | FICA | 15.63 |
| Regular Hours | $15.00 | | 12.00 | 180.00 | Medicare | 3.66 | | | | | Medicare | 3.66 |
| | | | | | PA State | 7.74 | | | | E01169 | FUTA | 1.52 |
| | | | | | PA SUTA | 0.15 | | | | | PA SUTA | 10.01 |
| | | | | | Phila Res | 9.79 | | | | | | |
| | | | 19.13 | $252.17 | | $36.97 | | | | | | $30.82 |

**Pay Date: 03/29/2019    (System)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 5.00 | 50.00 | FICA | 10.54 | | | | 145.08 | FICA | 10.54 |
| Regular Hours | $15.00 | | 8.00 | 120.00 | Medicare | 2.46 | | | | | Medicare | 2.46 |
| | | | | | PA State | 5.22 | | | | E01283 | FUTA | 1.02 |
| | | | | | PA SUTA | 0.10 | | | | | PA SUTA | 6.74 |
| | | | | | Phila Res | 6.60 | | | | | | |
| | | | 13.00 | $170.00 | | $24.92 | | | | | | $20.76 |

**Pay Date: 04/05/2019    (System)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 19.15 | 192.50 | FICA | 11.94 | | | | 164.27 | FICA | 11.94 |
| | | | | | Medicare | 2.79 | | | | | Medicare | 2.79 |
| | | | | | PA State | 5.91 | | | | E01361 | FUTA | 1.15 |
| | | | | | PA SUTA | 0.12 | | | | | PA SUTA | 7.65 |
| | | | | | Phila Res | 7.47 | | | | | | |
| | | | 19.15 | $192.50 | | $28.23 | | | | | | $23.53 |

**CompanyTotals:**    Total # of Pays: 12    Total # of Employees: 1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | | 0.00 | 182.56 | 1,929.34 | Federal | 12.91 | | | | $1,633.55 | FICA | 119.64 |
| | | | | | FICA | 119.64 | | | | | Medicare | 27.98 |
| | | | | | Medicare | 27.98 | | | | | FUTA | 11.57 |
| | | | | | PA State | 59.22 | | | | | PA SUTA | 76.62 |
| | | | | | PA SUTA | 1.16 | | | | | | |
| | | | | | Phila Res | 74.88 | | | | | | $235.81 |
| | | | 182.56 | $1,929.34 | | $295.79 | | | | | | |

**TRUST POINT**
PAYROLL