# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     ANGEL L. GRANBY, | : | |
| | : | |
|     Debtor | : | Bky. No. 19-12098 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) ("the Motion"), and the court concluding that some question exists whether the Motion on its face satisfies the requirements of §362(c)(3)(B), but there being no objection to the Motion, and at the request of the Debtor,

It is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED TEMPORARILY** with respect to all creditors who were served with the Motion or Notice of the Motion.

2. A final hearing on the Motion shall be held on **May 7, 2019, at 9:30 a.m.**, in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

Date: April 30, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**