United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-12098-elf
Angel L. Granby                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: May 07, 2019
                              Form ID: pdf900             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.

```
db              Angel L. Granby,   840 Kenmore Road,   Philadelphia, PA 19151-3311
14300086       +A.E.S./DDB/P.H.E.A.A.,   P.O. Box 8183,   1200 North 7th Street,   Harrisburg, PA 17102-1419
14300087        CitiCorp Credit Services, Inc.,   Citibank Client Services,   100 Citibank Drive,
                 San Antonio, TX 78245-3202
14300088        DELCo - Office of Judical Support,   Government Center Bldg, Room 126,   201 W. Front Street,
                 Media, PA 19063-2768
14300089        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
14300090       +LabCorp,   358 So. Main Street,   Burlington, NC 27215-5837
14300091        Main Line Hospitals, Inc.,,   a/k/a, Lankenau Medical Center,   Patient Billing,
                 100 E. Lancaster Avenue, Suite 12,   Wynnewood, PA 19096-3400
14300092        Mercy Health System,   Patient Billing,   One West Elm Street, Suite 100,
                 Conshohocken, PA 19428-4108
14300093       +Pennsylvania Attorney General,   Civil Law Division,   Strawberry Square,
                 Harrisburg, PA 17120-0001
14300095       +Philadelphia Gas Works,   Bankruptcy Unit,   P.O. Box 3500,   800 W. Montgomery Ave, 3rd Flr,
                 Philadelphia, PA 19122-2806
14300098        Philadelphia Municipal Court,   Traffic/Administrative Judge,
                 800 Spring Garden Str, Rm 2nd FL,   Philadelphia, PA 19123-2690
14307167       +U.S. Bank National Association,   c/o Kevin F. McDonald, Esq.,   KLM Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14300100       +U.S. Bank, N.A., Trustee for,   PHFA Loan Servicing Division,   211 N. Front Street,
                 Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:43:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2019 02:43:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14316932        E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2019 02:48:39
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14300094        E-mail/Text: bankruptcygroup@peco-energy.com May 08 2019 02:43:00     PECo Energy Co.,
                 Bankruptcy Group,   2301 Market Street   # N3-2,   Philadelphia, PA 19103-1338
14300096       +E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:31     Philadelphia Law Department,
                 Bankruptcy Unit,   Municipal Services Bldg,   1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
14316627       +E-mail/Text: bankruptcy@philapark.org May 08 2019 02:43:42     Philadelphia Parking Authority,
                 701 Market St, Suite 5400,   Philadelphia, Pa 19106-2895
14300097        E-mail/Text: bankruptcy@philapark.org May 08 2019 02:43:42     Philadelphia Parking Authority,
                 Office of Chief Counsel,   701 Market Street, Suite 5400,   Philadelphia, PA 19106-2895
14300099        E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2019 02:48:48
                 Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
14300101        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2019 02:42:53
                 Verizon Communications,   Bankruptcy Department,   P.O. Box 4846,   Trenton, NJ 08650-4846
14300102       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2019 02:42:53
                 Verizon Wireless Services, LLC,   Bankruptcy Administration,   500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                            Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: May 07, 2019
                              Form ID: pdf900          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Angel L. Granby r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ANGEL L. GRANBY, | : | |
| Debtor | : | Bky. No.  19-12098 ELF |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: May 7, 2019**

———————————————
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE