# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12098-ELF

ANGEL L GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANGEL L GRANBY

840 KENMORE ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

Date: 7/23/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee