# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angel L. Granby aka Angel L.M. Livingston<br>      Debtor | |
| | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>      Movant | |
|    vs. | NO. 19-12098 ELF |
| Angel L. Granby aka Angel L.M. Livingston<br>      Debtor | |
| William C. Miller Esq.<br>      Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about July 29, 2019 (Document No. 37).

            Respectfully submitted,

            **/s/ Kevin G. McDonald, Esquire**
            Kevin G. McDonald, Esquire
            Attorney for Movant
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322

September 11, 2019