UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 19 - 12098 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

# CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Second Amended Chapter 13 Plan was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the below listed priority and secured creditors and the Trustee. Service upon said creditors is in compliance with Local Rule 3015-3 of the Federal Rules of Bankruptcy Procedure and does not in any way constitute an admission as to the validity or extent of security or priority status.

Debtor

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0496

Philadelphia Law Department
Bankruptcy Unit
Municipal Services Bldg
1401 JFK Blvd, Room 508
Philadelphia, PA 19102-1622

Philadelphia Municipal Court
Traffic/Administrative Judge
Hon. Gary S. Glazer
800 Spring Garden Street, Room 2nd FL
Philadelphia, PA 19123-2690

U.S. Bank, N.A., Trustee for
  PHFA Loan Servicing Division
  c/o KML Law Group, P.C.
ATTN: Leon P. Haller, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: January 17, 2020