

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570



**GARY S. GLAZER**
ADMINISTRATIVE JUDGE

January 28, 2020

Honorable Eric L. Frank
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA  19107

      Re:  Angel L. Granby
          Bankruptcy No.: 19-12098-elf
          Chapter 13

Dear Judge Frank:

    The attached letter from Ronald McNeil, Esq., attorney for the referenced debtor, was forwarded to the court via email. Please be advised that the above-captioned matter was inadvertently filed as a priority claim on April 26, 2019, when, in fact, it is a <u>non-priority claim</u>. Please excuse our oversight.

    Based on the foregoing, the Philadelphia Municipal Court, Traffic Division, has no objection to the <u>Second Amended Plan</u> filed on November 23, 2019, docket #56, for Angel L. Granby and, therefore, waives the twenty-eight (28) day notice requirement.

    Please contact this court if further action is required.

                                        Sincerely,

                                        Gary S. Glazer
                                        ADMINISTRATIVE JUDGE

GSG/mm
Attachment
cc:  ✓Timothy B. McGrath, Esq., Clerk of Bankruptcy Court
     William C. Miller, Esq., Trustee
     Ronald G. McNeil, Esq.

## Morales, Marisol

| | |
|---|---|
| From: | Ron McNeil <r.mcneil1@verizon.net> |
| Sent: | Monday, January 27, 2020 4:28 PM |
| To: | Morales, Marisol |
| Cc: | Hassett, Joseph |
| Subject: | Granby |
| Attachments: | Granby, An(3)-3d(5).pdf |

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Ms. Morales,

    RE:  Angel L. Granby
           Bankr. No. 19 - 12098 ELF

           List # 19  1/28/2020  1 pm list

As per your instructions, I am writing to memorialize our request.
We are attempting to pay you the full amount of your Proof of Claim.
However, we believe that your claim is misclassified.
We believe that you have an unsecured, nonpriority claim.
You filed as an unsecured, priority claim.

The Court wants to know whether you accept the attached Plan or
   whether you will amend your Proof of Claim.
In addition, the Chapter 13 Standing Trustee wants to know whether
   you waive the twenty-eight (28) notice (time since you received
   the Plan).

We have our next Court appearance tomorrow (Tuesday January 28th).

Thanks,
Ron McNeil (215) 564 - 3999

1

