UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  19 - 12098 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 2016-1(c) of the Federal Rules for Bankruptcy

Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire,

certify that a true and correct copy of  the Notice of Debtor's Counsel Application

for Counsel Fees was served upon all interested parties via electronic means, via

hand delivery and/or via first class postage prepaid on April 18, 2019, that more

than twenty-one (21) days have past since the service of this notice, and that no

answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: February 20, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
 r.mcneil1@verizon.net