UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 19 - 12098 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Mortgage Modification ("the Motion") (Doc. #    ), and after notice and hearing, and there being no objection thereto, it is hereby ORDERED that:

a)   The Motion is GRANTED;

b)   The Debtor is AUTHORIZED to enter into the loan modification transaction as set forth in the Motion;

c)   Nothing in this order shall constitute a modification of the Debtor's confirmed Chapter 13 Plan.

DATE:                                                                BY THE COURT:

_____
Hon. Eric L. Frank
U.S. Bankruptcy Judge