UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 19 - 12098 |
| Angel L. Granby | : | (Chapter 13) |
| Debtor. | : |   |
|   | : | Hon. Eric L. Frank |
|   | : |   |

# CERTIFICATE OF SERVICE

Pursuant to Rule 9014-3(g) of the Federal Rules of Bankruptcy Procedure, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion to Approve Mortgage Modification and its Notice of Motion were served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

U.S. Bank, N.A., Trustee for
  PHFA Loan Servicing Division
  c/o KML Law Group, P.C.
ATTN: Rebecca A. Solarz, Esquire
       Leon P. Haller, Esquire
       Denise E. Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Kenneth E. West, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

     /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 12, 2022