United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12098-pmm
Angel L. Granby     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 26, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angel L. Granby, 840 Kenmore Road, Philadelphia, PA 19151-3311 |
| 14300086 | + | A.E.S./DDB/P.H.E.A.A., P.O. Box 8183, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14300088 | | DELCo - Office of Judical Support, Government Center Bldg, Room 126, 201 W. Front Street, Media, PA 19063-2768 |
| 14300090 | + | LabCorp, 358 So. Main Street, Burlington, NC 27215-5837 |
| 14300091 | | Main Line Hospitals, Inc.,, a/k/a, Lankenau Medical Center, Patient Billing, 100 E. Lancaster Avenue, Suite 12, Wynnewood, PA 19096-3400 |
| 14300093 | + | Pennsylvania Attorney General, Civil Law Division, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14300098 | | Philadelphia Municipal Court, Traffic/Administrative Judge, 800 Spring Garden Str, Rm 2nd FL, Philadelphia, PA 19123-2690 |
| 14338840 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14338838 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14307167 | + | U.S. Bank National Association, c/o Kevin F. McDonald, Esq., KLM Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14300100 | + | U.S. Bank, N.A., Trustee for, PHFA Loan Servicing Division, 211 N. Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14316932 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380028 | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14300087 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:29:20 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14300089 | Email/Text: ECMCBKNotices@ecmc.org | Sep 27 2023 06:27:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14300094 | Email/Text: bankruptcygroup@peco-energy.com | Sep 27 2023 06:27:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14330346 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 06:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14300095 | ^ MEBN | Sep 27 2023 06:21:22 | Philadelphia Gas Works, Bankruptcy Unit, P.O. |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 14300096 | + | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14300097 | | Email/Text: bankruptcy@philapark.org | Sep 27 2023 06:27:00 | Philadelphia Parking Authority, Office of Chief Counsel, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 14316627 | + | Email/Text: bankruptcy@philapark.org | Sep 27 2023 06:27:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14300099 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:34 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14300101 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2023 06:26:00 | Verizon Communications, Bankruptcy Department, P.O. Box 4846, Trenton, NJ 08650-4846 |
| 14300102 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2023 06:26:00 | Verizon Wireless Services, LLC, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14338841 | * | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14300092 | ## | Mercy Health System, Patient Billing, One West Elm Street, Suite 100, Conshohocken, PA 19428-4108 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                              Signature:                /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 25 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Angel L. Granby r.mcneil@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> ANGEL L GRANBY | Chapter 13 |
| Debtor | Bankruptcy No. 19-12098-pmm |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 26, 2023**

    _____
  Honorable Patricia M. Mayer
  Bankruptcy Judge